RECEIVED
IN LAKE CHARLES, LA.

AUG 22 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JOSEPH JODY DUPLICHAN, JR. | CIVIL ACTION NO. 10-CV-01642 |
| VS. | SECTION P |
| WARDEN, DIXON CORRECTIONAL CENTER | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 24] of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that petitioner's application for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, on this the 22 day of August, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE